Martin Santana **ALMARAZ**, Appellant,

v.

**HARRAH'S CASINO AND HOTEL**, Appellee.

No. 00–2514.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 26, 2001.

Decided Feb. 1, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Martin Almaraz appeals from the district court's[1] dismissal of his employment discrimination complaint for failure to serve defendant. Having carefully reviewed the record, we conclude the district court did not abuse its discretion.

Accordingly, we affirm the judgment of the district court except we modify the dismissal to be without prejudice. *See* 8th Cir. R. 47B; Fed.R.Civ.P. 4(m) (if service is not made within 120 days, the court, after notice to plaintiff, shall dismiss action without prejudice or direct that service be effected within specified time); *Bullock v.*

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

*United States,* 160 F.3d 441, 442 (8th Cir. 1998) (per curiam).